

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-21-00045-CV

**IN THE INTEREST OF S.M.W. AND S.-L.W., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00394
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

This is an appeal of an order terminating appellant's parental rights. On April 13, 2021, we issued an order noting that appellant's court-appointed attorney had filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts that there are no meritorious issues to raise on appeal. Counsel certified she served copies of the brief and motion on appellant, informed appellant of her right to review the record and file her own brief, and provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). Our April 13, 2021 order further stated, "If appellant desires to file a pro se brief, we ORDER that she do so by May 3, 2021."

Our records indicate that the April 13, 2021 order was initially delivered to an incorrect address and was not forwarded to appellant's correct address until April 30, 2021. Because the termination of parental rights implicates fundamental interests, we conclude on our own motion that under these unique facts, appellant is entitled to additional time to file a pro se brief. Accordingly, if appellant desires to file a pro se brief, we **ORDER** that she do so **by June 14, 2021**. If appellant timely files a pro se brief, the State may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court.

FILE COPY

It is so **ORDERED** May 25, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT